IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

| | |
|---|---|
| PETER RIVERA RIVERA, et al.,<br><br>Plaintiffs<br><br>v.<br><br>POLLARD BANKNOTE LIMITED, et al.,<br><br>Defendants | CIVIL NO. 05-1313(HL) |

## ORDER

The Court has carefully examined co-defendant Pollard Banknote Limited's ("Pollard") Motion to Dismiss (Docket No. 15), and plaintiffs' Opposition to the Motion to Dismiss and documents in support thereof. (Docket No. 16). After examining the jurisdictional issues involved the Court has decided that further briefing should be allowed. It thus reconsiders its previous Order (Docket No. 28) denying Pollard's request for reconsideration of a previous Order striking its Reply to the plaintiffs' opposition.

Pollard is thus ordered to file its reply **on or before April 10, 2006.** Plaintiffs are allowed to sur-reply **on or before April 17, 2006**. No extensions will be allowed.

IT IS SO ORDERED.

In San Juan, Puerto Rico, this 31st day of March, 2006.

s/ Héctor M. Laffitte
HECTOR M. LAFFITTE
U.S. DISTRICT JUDGE